**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-80526-CV-MIDDLEBROOKS

FRANCISCO J. VETEK,

    Plaintiff,

v.

BAIRES VALET PARKING, INC., *et al.*,

    Defendants.

_____/

### ORDER GRANTING APPROVAL OF SETTLEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice, filed on May 29, 2020. (DE 21).

Plaintiff initiated this action on March 27, 2020, alleging violations of the overtime provision of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). (DE 1). The Parties now advise the Court that they have settled all claims, and jointly move for dismissal. (DE 21).

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a *bona fide* dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be *bona fide* disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

Having reviewed the Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that the attached Settlement Agreement and Release of FLSA Claims (DE 21-1) reflects a reasonable compromise over contested litigation to resolve *bona fide* disputes under the Fair Labor Standards Act.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Parties Joint Motion for Entry of Order Approving Settlement and Dismissing Case (DE 21) is **GRANTED**.

2. The Court **APPROVES** the Settlement Agreement attached as Exhibit 1 to DE 21, including the settlement amounts for attorney's fees, as a fair, adequate and reasonable settlement of the claims at issue.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions **AS MOOT**.

5. The Court retains jurisdiction over this action, for a period of six months, to enforce the terms of the Settlement Agreement.

**SIGNED** in Chambers at West Palm Beach, Florida, this 29th day of May, 2020.

Donald M. Middlebrooks
United States District Judge